UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ANSEMAN-SIDES, L.L.C. | * | CIVIL ACTION 06-9163 |
| VS. | * | SECTION "K" |
| HANOVER INSURANCE COMPANY | * | MAGISTRATE: 4 |

**O R D E R**

Considering the foregoing Consent Motion for Remand;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this matter be remanded to state court based upon this Court's lack of subject matter jurisdiction over the dispute in controversy as it does not exceed $75,000.00.

New Orleans, Louisiana, this __16th__ day of _____April_____, 2007.

_____
Stanwood R. Duval, Jr.
United States District Judge